UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ARSENIO BERMUDEZ PIONCE,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents | Case No. 5:26-cv-02056-CV-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On July 8, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation granting Petitioner Leonel Arsenio Bermudez Pionce's ("Petitioner") petition for a writ of habeas corpus. (Dkt. No. 19 ("R&R").)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The parties have not submitted any Objections to the findings in the R&R.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is accepted and adopted; (2) Judgment shall be entered granting the Petition; (3) a writ of habeas corpus be issued requiring Petitioner Leonel Arsenio Bermudez Pionce's (A#209182517) immediate release, along with his personal belongings, including his identification, passport, work permits and other documentation, and preventing his re-detention absent pre-deprivation notice and a constitutionally adequate pre-deprivation hearing at which the Government must justify the need to confine him prior to his re-detention; and (4) that the Parties file a joint status report no later than seven (7) days from the date of this Order confirming Petitioner's release and compliance with this Order.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: 7/14/25

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE